# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2025

## NO. 03-24-00527-CV

**Bernard Bilbo and Toya Bilbo, Appellants**

**v.**

**Temple Windmill Farms Homeowners Association, Inc., Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on May 13, 2024. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.